**GULF OIL CORPORATION, owner of the motor vessel SUPREME, Libelant-Appellee, v. Dredge BALTIMORE, The ARUNDEL CORPORATION, Claimant-Respondent-Appellant.**

No. 314.

Circuit Court of Appeals, Second Circuit.

May 22, 1944.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark, A. Howard Neely, and Frederic Conger, all of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.
Decree, 47 F.Supp. 770, affirmed.

**LONG ISLAND STRUCTURAL STEEL CO., Inc., Plaintiff-Appellant, v. SCHIAVONE-BONOMO CORPORATION, Defendant-Appellee.**

No. 355.

Circuit Court of Appeals, Second Circuit.

May 23, 1944.

Karl Propper, of New York City, for appellant.

Louis Bevier, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.
Judgment affirmed on opinion below, 53 F.Supp. 505.

**Martin B. NADLE, Trustee-Appellant, v. Jacob SCHULMAN, Bankrupt-Appellee.**

No. 341.

Circuit Court of Appeals, Second Circuit.

May 23, 1944.

Martin B. Nadle, of New York City, trustee-appellant.

Nathan Spivack, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.
Order affirmed.